COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO. 2-03-206-CV

IN THE INTEREST OF S.A.

----------
 
FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
 
----------
 
MEMORANDUM OPINION


 AND JUDGMENT
------------
        On August 14, 2003, we notified appellant M.A., in accordance with rule 
of appellate procedure 42.3(c), that we would dismiss his appeal unless the 
$125 filing fee was paid. See Tex. R. App. P. 42.3(c). Appellant M.A. has not 
paid the $125 filing fee. See Tex. R. App. P. 5, 12.1(b). 
        Because appellant M.A. has failed to comply with a requirement of the 
rules of appellate procedure and the Texas Supreme Court's order of July 21, 
1998,
 

 we dismiss his appeal. See Tex. R. App. P. 42.3(c), 43.2(f). 
        Appellant M.A. shall pay all costs of his appeal, for which let execution 
issue. See Tex. R. App. P. 42.1(d). 
 
                                                                  PER CURIAM 

 
PANEL D:   CAYCE, C.J.; DAY and LIVINGSTON, JJ. 

DELIVERED: October 9, 2003